IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEDTRONIC, INC., <br>     Plaintiff, <br> vs. <br><br> THEREX LIMITED PARTNERSHIP, and <br> ARROW-THEREX CORPORATION, <br>   General Partner of Therex Limited <br> Partnership, <br><br>     Defendants. | Hon. Patti B. Saris <br> Case No.: 00-CV-11271 PBS <br><br> **PLAINTIFF MEDTRONIC'S ANSWER AND AFFIRMATIVE DEFENSES TO DEFENDANT ARROW'S COUNTERCLAIM** |

      Plaintiff, Medtronic, Inc. ("Medtronic"), by and through its attorneys, answers each of the numbered allegations of the Counterclaim of Defendants, Therex Limited Partnership and Arrow-Therex Corporation (collectively "Arrow"), as follows:

      39.    Medtronic admits the averments contained in Paragraph 39 of Arrow's Answer, Affirmative Defenses, and Counterclaim.

      40.    On information and belief, Medtronic admits the averments contained in Paragraph 40 of Arrow's Answer, Affirmative Defenses, and Counterclaim.

      41.    On information and belief, Medtronic admits the averments contained in Paragraph 41 of Arrow's Answer, Affirmative Defenses, and Counterclaim.



42. Medtronic admits the averments contained in Paragraph 42 of Arrow's Answer, Affirmative Defenses, and Counterclaim.

43. Medtronic admits that the face of U.S. Patent No. 4,978,338 states that the patent was issued to Gerald S. Melsky and Frank R. Prosl on December 18, 1990, assigned to Therex Corporation, and is entitled "IMPLANTABLE INFUSION APPARATUS." Medtronic denies the remaining averments contained in Paragraph 43 of Arrow's Answer, Affirmative Defenses, and Counterclaim.

44. On information and belief, Medtronic admits that Therex Corporation assigned U.S. Patent No. 4,978,338 to Therex Limited Partnership. Medtronic is without knowledge or sufficient information to form a belief as to the truth or falsity of the remaining averments contained in Paragraph 44 of Arrow's Answer, Affirmative Defenses, and Counterclaim and, therefore, denies them on that basis.

45. Medtronic is without knowledge or sufficient information to form a belief as to the truth or falsity of the averments contained in Paragraph 45 of Arrow's Answer, Affirmative Defenses, and Counterclaim and, therefore, denies them on that basis.

46. Medtronic admits the averments contained in Paragraph 46 of Arrow's Answer, Affirmative Defenses, and Counterclaim.

47. Medtronic denies the averments contained in Paragraph 47 of Arrow's Answer, Affirmative Defenses, and Counterclaim.

48. Medtronic admits that it does not have a license from Arrow. Medtronic denies the remaining averments contained in Paragraph 48 of Arrow's Answer, Affirmative Defenses, and Counterclaim.

49. Medtronic denies the averments contained in Paragraph 49 of Arrow's Answer, Affirmative Defenses, and Counterclaim.

50. Medtronic denies the averments contained in Paragraph 50 of Arrow's Answer, Affirmative Defenses, and Counterclaim.

Medtronic denies the remaining averments of the Answer, Affirmative Defenses, and Counterclaim, including the Prayer for Relief, because Arrow is not entitled to any relief and the Prayer for Relief contains averments to which no responsive pleading is required.

## Affirmative Defenses

51. Medtronic hereby incorporates paragraphs 1-36 of its First Amended Complaint for Declaratory Judgment and Medtronic's letter of September 22, 2000 clarifying the identity of the "Therex Known References." (A copy of Medtronic's letter of September 22, 2000, is attached hereto as Exhibit A).

52. United States Patent No. 4,978,338 has not been infringed by Medtronic, Inc., and would not be infringed by the making, using, selling, offering to sell, or importing into the United States of the Medtronic IsoMed pump.

53. All claims of United States Patent No. 4,978,338 are invalid.

WDC99 322633-9.052734.0025

54.     United States Patent No. 4,978,338 is unenforceable due to inequitable conduct.

Dated: 10/10/00

MEDTRONIC, INC,
By its Attorneys,

James J. Marcellino (BBO# 318840)
Elizabeth A. Levy (BBO# 545610)
**McDERMOTT, WILL & EMERY**
28 State Street
Boston, Massachusetts 64106
(617) 535-4000

Of counsel:

Raphael V. Lupo
Donna M. Tanguay
John R. Fuisz
Dawn L. Palmer
D. Sean Trainor
**McDERMOTT, WILL & EMERY**
600 13th Street, N.W.
Washington, D.C.
20005-3096
(202) 756-8000

Attorneys for Plaintiff
**MEDTRONIC, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for the party by mail/hand/ fax

Date: 10/10/00

WDC99 322633-9.052734.0025

# McDermott, Will & Emery

A Partnership Including
Professional Corporations
28 State Street
Boston, MA 02109-1775
617-535-4000
Facsimile 617-535-3800
http://www.mwe.com

Boston
Chicago
London
Los Angeles
Miami
Moscow
Newport Beach
New York
St. Petersburg
Silicon Valley
Vilnius
Washington, D.C.

**James J. Marcellino**
Attorney at Law
jmarcellino@mwe.com
617-535-4045

September 22, 2000

**VIA FACSIMILE**

Marshall D. Stein, Esq.
Cherwin, Glickman & Theise, LLP
One International Place
Boston, MA 02110-2622

Glenn Ousterhout, Esq.
Fish & Neave
1251 Avenue of the Americas
New York, NY 10020

Re:   **Medtronic, Inc. v. Therex LP et al.,** *Case No. 00-CV-11271 PBS*

Dear Messrs. Stein and Ousterhout:

In accordance with the ruling of Judge Patti B. Saris on September 15, 2000, Plaintiff Medtronic hereby specifies the eleven of the Therex Known References which form the basis for the claim of fraudulent conduct.

As can be readily seen by a comparison of the references listed on the faces of the patent that issued from Therex's Earlier Related Application (U.S. Patent No. 4,955,861) and the Therex Patent-in-Suit (U.S. Patent No. 4, 978,338), in the First Amended Complaint the meaning of the "eleven (11) of the Therex Known References" that "Therex intentionally withheld disclosing, in the Therex Patent-in-Suit prosecution" is:  U.S. Patent Nos. 2,911,123; 4,571,749; 4,692,151; 4,695,273; 4,710,174; 4,737,150; and 4,820,273; and European Patent Office document no. 41 (January 1978); European Patent Office document no. 241159 (October 1987); French Patent Office document no. A075469 (May 1961); and U.K. Patent Office document no. 2192338 (January 1988).

Very truly yours,

McDERMOTT, WILL & EMERY

*[signature]*

James J. Marcellino

WDC99 321389-1.052734.0025